IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JOHN WAYNE SEGREST,            ) | |
| )             | |
|    Plaintiff,            ) | |
| )             | CIVIL ACTION NO. |
| v.            ) | 3:12cv739-MHT |
| )             | (WO) |
| EAST ALABAMA MEDICAL            ) | |
| CENTER-EMS,            ) | |
| )             | |
|    Defendant.            ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 11) granted and this case is dismissed.

The court assumes that defendant has no objection to the allowance of the dismissal; however, if it does, it must file the objection within seven days from the date of this order.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 26th day of September, 2012.**

                                          **  /s/ Myron H. Thompson**
                                      **UNITED STATES DISTRICT JUDGE**